FILED
08 MAY 14 PM 3:09
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: ECL DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2007 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. ESMERELDA PICAZO (1), MANUEL ZAMORA-FLORES (2), ALBERTO LOPEZ-MARTINEZ (3), Defendants. | Criminal Case No. '08 CR 1555 BEN<br>INDICTMENT<br>Title 8, U.S.C., Sec. 1324(a)(2)(B)(ii) - Bringing in Illegal Aliens for Financial Gain; Title 18, U.S.C., Sec. 2 - Aiding and Abetting; Title 8, U.S.C., Secs. 1324(a)(1)(A)(ii) and (v)(II) - Transportation of Illegal Aliens and Aiding and Abetting |

The grand jury charges:

Count 1

On or about April 30, 2008, within the Southern District of California, defendants ESMERELDA PICAZO, MANUEL ZAMORA-FLORES and ALBERTO LOPEZ-MARTINEZ, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Marco Antonio Vieira-Portugal, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien for the purpose of commercial advantage and private financial gain; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii), and Title 18, United States Code, Section 2.

JMPE:fer:San Diego
5/9/08

Count 2

On or about April 30, 2008, within the Southern District of California, defendants ESMERELDA PICAZO, MANUEL ZAMORA-FLORES and ALBERTO LOPEZ-MARTINEZ, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Marco Antonio Vieira-Portugal, had come to, entered and remained in the United States in violation of law, did transport and move said alien within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (v)(II).

Count 3

On or about April 30, 2008, within the Southern District of California, defendants ESMERELDA PICAZO, MANUEL ZAMORA-FLORES and ALBERTO LOPEZ-MARTINEZ, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Yunuen Quezada-Flores, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien for the purpose of commercial advantage and private financial gain; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii), and Title 18, United States Code, Section 2.

//

//

//

//

//

//

//

Count 4

On or about April 30, 2008, within the Southern District of California, defendants ESMERELDA PICAZO, MANUEL ZAMORA-FLORES and ALBERTO LOPEZ-MARTINEZ, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Yunuen Quezada-Flores, had come to, entered and remained in the United States in violation of law, did transport and move said alien within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (v)(II).

Count 5

On or about April 30, 2008, within the Southern District of California, defendants ESMERELDA PICAZO, MANUEL ZAMORA-FLORES and ALBERTO LOPEZ-MARTINEZ, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Edilberto Santana-Bahena, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien for the purpose of commercial advantage and private financial gain; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii), and Title 18, United States Code, Section 2.

//

//

//

//

//

//

//

Count 6

On or about April 30, 2008, within the Southern District of California, defendants ESMERELDA PICAZO, MANUEL ZAMORA-FLORES and ALBERTO LOPEZ-MARTINEZ, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Edilberto Santana-Bahena, had come to, entered and remained in the United States in violation of law, did transport and move said alien within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (v)(II).

DATED: May 14, 2008.

A TRUE BILL:

Foreperson

KAREN P. HEWITT
United States Attorney

By:
JAMES P. MELENDRES
Assistant U.S. Attorney