JEREMY D. WARREN
California State Bar No. 177900
105 West F Street, Fourth Floor
San Diego, California 92101
(619) 234-4433

Attorney for Mr. Zamora

FILED
MAY 15 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
Plaintiff,
v.
**MANUEL ZAMORA-FLORES,** (2)
Defendant.

Case No. **08mj1391**

**SUBSTITUTION OF COUNSEL**

I, Manuel Zamora-Flroez, request that attorney Jeremy D. Warren be substituted in for my appointed attorney, Frank Balistrieri, for all purposes in the above-referenced case.

Dated: 5/14/08

Manuel Zamora
Manuel Zamora-Flores

Dated: 5/14/08

Jeremy D. Warren

I have no objection to the substitution.

Dated: 5/14/08

Frank Balistrieri

**So ordered.**

Dated: 5-13-08

Honorable Nita L. Stormes
United States Magistrate Judge