2008 MAY 27 P 3:33

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
Plaintiff

vs.

Ezmeralda Pizazo, et al.

Defendant(s)

CRIMINAL NO. 08CR1555-BEN
08MJ1391

ORDER

RELEASING MATERIAL WITNESS

Booking No.

On order of the United States District/Magistrate Judge, **NITA L. STORMES**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

Yunuen Quezada-Flores

DATED: 5-27-08

**NITA L. STORMES**

UNITED STATES DISTRICT/MAGISTRATE JUDGE

**RECEIVED** ____________
**DUSM**

**OR**

W. SAMUEL HAMRICK, JR. Clerk

by G. Perrault
**Deputy Clerk**

**G. PERRAULT**

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95