CIRO HERNANDEZ, ESQ SB#174791
551 Third Avenue
Chula Vista, CA 91910
Telephone: (619) 266-0389
Fax: (619) 501-2493

Attorney for Material Witnesses

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br><br>v.<br><br>Esmeralda PICAZO (1)<br>Manuel ZAMORA-Flores (2)<br>Alberto LOPEZ-Martinez (3)<br><br>Defendant | Criminal Case 08cr1555-BEN<br><br>NOTICE OF MOTION; MOTION FOR VIDEOTAPE DEPOSITION, AND RELEASE OF MATERIAL WITNESSES;<br><br>Hearing Date: June 26, 2008<br>Time: 9:30 a.m.<br>Court: F<br>Judge: Hon. Nita L. Stormes |

TO KAREN P. HEWITT, UNTIED STATES ATTORNEY, CHRISTINA M. McCALL, ASSISTANT UNITED STATES ATTORNEY, MICHAEL L. CROWLEY ATTORNEY FOR DEFENDANT, ESMERALDA PICAZO, JEREMY D. WARREN ATTORNEY FOR DEFENDANT , MANUEL ZAMORA-FLORES, AND BARBARA M. DONOVAN ATTORNEY FOR DEFENDANT, ALBERTO LOPEZ-MARTINEZ . PLEASE TAKE NOTICE that on June 26, 2008, at 9:30 a.m. counsel will move this court for an order to take the deposition of the material witnesses EDILBERTO SANTANA-BEHENA AND MARCO ANTONIO VIEIRA-PORTUGAL

**MOTION**

EDILBERTO SANTANA-BEHENA and MARCO ANTONIO VIEIRA-PORTUGAL, through thier counsel, CIRO HERNANDEZ, and pursuant to Fed. R. Crim. P. Rule 15, 8 U.S.C Section 1324 (d) , 18 U.S.C. Section 3144, and 18 U.S.C. Section 3142, hereby moves this court for an order to take their disposition by videotape.

This motion is based upon the accompanying points and authorities, the records in the above-entitled case and all matters submitted to the court prior to the determination of this motion.

Dated: 6/10/08

/S/ Ciro Hernandez
CIRO HERNANDEZ
Attorney for material witness