CIRO HERNANDEZ, ESQ SB#174791
551 Third Avenue
Chula Vista, CA 91910
Telephone: (619) 266-0389
Fax: (619) 501-2493

Attorney for Material Witnesses

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff<br><br>v.<br><br>Esmeralda PICAZO (1)<br>Manuel ZAMORA-Flores (2)<br>Alberto LOPEZ-Martinez (3)<br><br>Defendants | Criminal 08cr1555-BEN<br><br>CERTIFICATE OF SERVICE |

Counsel for material witnesses, Edilberto Santana-Behena and Marco Antonio Vieira-Portugal, certifies that the foregoing motion, is true and accurate to the best of his information and belief, and that a copy of the foregoing has been electronicly served this day upon.

Michael L Crowley mlcrowley@usa.net, lhaigler@sbcglobal.net

Jeremy D Warren jw@jwarrenlaw.com

Barbara M Donovan donovan2donovan@hotmail.com

Christina M McCall Christina.McCall@usdoj.gov, efile.dkt.gc1@usdoj.gov, ginger.stacey@usdoj.gov

Dated: June 10, 2008

/S/ Ciro Hernandez
CIRO HERNANDEZ