UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff

vs.

Alberto Lopez-Martinez, et al.

Defendant(s)

CRIMINAL NO. 08CR1555-BEN
08MJ1391

ORDER

RELEASING MATERIAL WITNESS

Booking No.

On order of the United States District/Magistrate Judge, Stormes.

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

Edilberto Santana-Behena

DATED: 7-8-06

Nita L. Stormes
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED ____________ DUSM

OR

W. SAMUEL HAMRICK, JR. Clerk

by J. Perrault
Deputy Clerk

G. Perrault

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

☆ U.S. GPO: 2003-581-774/70082