PS 8B
(04/05)

July 17, 2008

FILED
JUL 2 2 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

**UNITED STATES DISTRICT COURT**
**FOR THE**
**SOUTHERN DISTRICT OF CALIFORNIA**

**Request for Modifying the Conditions of Pretrial Release**

**Name of Defendant:** Zamora-Flores, Manuel **Dkt No.:** 08CR1555-BEN-002

**Reg. No.:** 08392-298

**Name of Judicial Officer:** The Honorable Roger T. Benitez, U.S. District Judge

**Date Conditions Were Ordered:** May 2, 2008, before the Honorable Nita L. Stormes, U.S. Magistrate Judge.

**Conditions of Release:** a travel restriction to the Southern District of California, do not enter Mexico; report for supervision to Pretrial Services; not possess or use any narcotic drug or other controlled substance without a valid medical prescription; do not possess any dangerous weapon or explosive device; actively seek and maintain full-time employment, schooling or combination of both.

**Date Released on Bond:** May 9, 2008

**Charged Offense:** Title 8 U.S.C. § 1324 (Alien Smuggling)

**Next Court Hearing:** Evidentiary Hearing set for August 6, 2008, at 9:30 a.m. before your Honor

**AUSA:** Christina M. McCall
(619) 557-5610

**Defense Counsel**: Jeremy Warren (Retained)
(619) 234-4433

**Prior Violation History:** None.

---

**PETITIONING THE COURT**

**TO MODIFY THE CONDITIONS OF SUPERVISION AS FOLLOWS:**

PRAYING THE COURT WILL ORDER THE DEFENDANT TO SUBMIT TO TREATMENT, AND /OR TESTING AS SPECIFIED BY THE PRETRIAL SERVICES OFFICER FOR DRUG USE.

## CAUSE

During the defendant's post release intake interview on May 15, 2008, he admitted to smoking marijuana the day of his arrest (April 30, 2008) and admitted to using cocaine three months prior to the arrest. The defendant indicated he has no opposition to drug testing.

The undersigned left a voice-mail message for the defendant's attorney, Jeremy Warren, informing him of the intended modification of the conditions of release to include drug testing. Assistant United States Attorney Christina McCall was also advised of the intended modification. The undersigned contacted the defendant's sureties, Ana Lilia Flores and Maricela Lizaloa, and they do not oppose the modification.

**I declare under penalty of perjury that the foregoing is true and correct.**

**Executed on: July 17, 2008**

Respectfully submitted:

by [signature]
Otilia León
United States Pretrial Services Officer
(619) 557-5256
Place: San Diego

Reviewed and approved:

[signature]
Boris Ilic
Supervising U.S. Pretrial Services Officer

Attachments

PS 8B

Name of Defendant: Zamora-Flores, Manuel
Docket No.: 08CR1555-BEN-002

July 17, 2008



**THE COURT ORDERS:**

__✓__ Agree. Modify conditions of release and order the defendant to submit to treatment and/or testing as specified by the Pretrial Services Officer for drug use.

______ Other ______________________________

The Honorable Roger T. Benitez
U.S. District Judge

7/21/08
Date

**PACTS Photograph**
**Client: Zamora-Flores, Manuel (220596)**



Image at pre-defined width