PS 8C
(04/05)

August 21, 2008

FILED
2008 AUG 27 AM 11:59
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY [signature] DEPUTY

**UNITED STATES DISTRICT COURT**
**FOR THE**
**SOUTHERN DISTRICT OF CALIFORNIA**

**Petition for Summons for Defendant on Pretrial Release**

**Name of Defendant:** Zamora-Flores, Manuel (Spanish) **Dkt No.:** 08CR1555-BEN-002

**Reg. No.:** 08392-298

**Name of Judicial Officer:** The Honorable Roger T. Benitez, U.S. District Judge (Judge Benitez referred the following matter to the Honorable Nita L. Stormes)

**Date Conditions of Release Imposed:** May 2, 2008, before the Honorable Nita L. Stormes, U.S. Magistrate Judge.

**Conditions of Release:** restrict travel to Southern District of California with no travel to Mexico; report for supervision to Pretrial Services Agency (PSA) as directed by the assigned Pretrial Services Officer and pay for the reasonable costs of supervision in an amount determined by PSA and approved by the Court; not possess or use any narcotic drug or other controlled substance as defined in 21 U.S.C.§ 802, without a lawful medical prescription; not possess any firearm or other dangerous weapon or explosive device; and actively seek and maintain full-time employment, schooling, or combination both.

**Modification:** On July 21, 2008, Judge Benitez modified the defendant's conditions of release to include the defendant submit to treatment, and/or testing, as specified by the Pretrial Services Officer for drug use.

**Date Supervision Commenced:** May 9, 2008

**Charged Offense:** Title 8, U.S.C., Section 1324 (Alien Smuggling)

**Next Court Date:** Evidentiary Hearing set for September 3, 2008, at 9:30 a.m. before your Honor

**Asst. U.S. Atty.:** Christina M. McCall
(619) 557-5610

**Defense Counsel:** Jeremy Warren (Retained)
(619) 234-4433

**Prior Violation History:** None.

## PETITIONING THE COURT

**TO SUMMONS THE DEFENDANT TO APPEAR IN COURT AND TO SHOW CAUSE AS TO WHY HIS BOND SHOULD NOT BE REVOKED**

The Pretrial Services officer believes the defendant has violated the following condition(s) of pretrial release:

| **CONDITION(S)** | **ALLEGATION(S) OF NONCOMPLIANCE** |
|---|---|
| **(Standard Condition)** Not possess or use any narcotic drug or other controlled substance as defined in 21 U.S.C. 802, without a lawful medical prescription. | 1. On August 6, 2008, the defendant submitted a urine specimen that confirmed positive for the presence of marijuana. |

***Grounds for Revocation:*** I received and reviewed written laboratory notifications from the U.S. Pretrial Services laboratory which verify the urine specimen provided by the defendant at the U.S. Pretrial Services office in the Southern District of California on August 6, 2008, confirmed positive for marijuana use.

On August 6, 2008, an observed urinalysis was obtained from Mr. Zamora-Flores by Pretrial Services Officer (PSO) Ryan Alexandria. PSO Alexandria locked the sample in the designated refrigerator. On the same day, U.S. Pretrial Services Drug Analysis Technician Mary Sloan retrieved the sample from the refrigerator. Ms. Sloan's screening of the sample showed positive for marijuana. After the screening, Ms. Sloan placed the sample in a secured short term refrigerator. On August 8, 2008, U.S. Pretrial Services Drug Analysis Technician Carlos Martinez retrieved the sample form the short term refrigerator. Mr. Martinez conducted a gas chromatography/mass spectrometry (GC/MS) test of the sample which confirmed positive for marijuana. This result was reviewed for accuracy by U.S. Pretrial Services Supervising Drug Analysis Specialist Paula Svandova. Pursuant to 18 U.S.C., Section 1354, GC/MS is the accepted standard to confirm actionable test results.

On August 12 and 13, 2008, the defendant provided additional urine specimens which tested negative, however, the test were dilute due to excessive liquid consumption.

**VIOLATION SENTENCING SUMMARY**

**SUPERVISION ADJUSTMENT**

Mr. Zamora-Flores began his pretrial supervision on May 15, 2008. Aside from the pending allegation, the defendant has been compliant with all other conditions of release.

Criminal computerized records checks reveal no new arrests.

**RECOMMENDATION/JUSTIFICATION**

On May 15, 2008, the defendant reported to U.S. Pretrial Services for his post release intake interview. When questioned regarding illicit drug use, Mr. Zamora-Flores stated his last reported use of marijuana was the day of his arrest on April 30, 2008.

According to the lab, it is unlikely that a chronic user would provide a positive result above the administrative cutoff after 4-6 weeks of no illicit drug use. Considering the length of time of last reported use (3.5 months) coupled with the level of THC present in the provided urine sample, the U.S. Pretrial Services Laboratory concludes the defendant has continued using marijuana while on bond.

Pretrial Services requests that the Court summons the defendant to appear on August 28, 2008, at 9:30 a.m. so he may show cause why his bond should not be revoked.

**I declare under penalty of perjury that the foregoing is true and correct.**

**Executed on: August 21, 2008**

Respectfully submitted:
LORI A. GAROFALO
CHIEF PRETRIAL SERVICES OFFICER

by [signature]
Otilia Leon
U.S. Pretrial Services Officer
(619) 557-5256
San Diego, California

Reviewed and approved:

[signature]
Boris Ilic
Supervising U.S. Pretrial Services Officer

**THE COURT ORDERS:**

__X__ AGREE. CITE THE DEFENDANT TO APPEAR IN COURT ON AUGUST 28, 2008, AT 9:30 A.M. SO HE MAY SHOW CAUSE WHY HIS BOND SHOULD NO BE REVOKED.

________ Other ________________________________________

[signature]

The Honorable Nita L. Stormes
U.S. Magistrate Judge

8-26-08
Date

Case 3:08-cr-01555-BEN Document 43 Filed 08/27/2008 Page 6 of 6

**PACTS Photograph**
**Client: Zamora-Flores, Manuel (220596)**



Image at pre-defined width