UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>MANUEL ZAMORA-FLORES,<br>Defendant. | ) | Case 08cr1555-BEN<br><br>SURETY'S ACKNOWLEDGMENT OF BOND MODIFICATION |

I, Maricela Lizaola, am a surety for Manuel Zamora-Flores. I acknowledge that the Court modified Mr. Zamora's bond to require him to attend three Narcotics Anonymous meetings per week. I also acknowledge that he is to submit to drug testing and that he will be remanded into custody if he tests positive for illegal drugs. I accept the modifications and choose to continue to be a surety for his bond.

Dated: 9/02/08

Maricela L. Lizaola
Maricela Lizaola
Surety