MICHAEL L. CROWLEY (117008)
Attorney at Law
550 West "C" Street, Suite 1960
San Diego, CA 92101
(619) 444-8808

Attorney for Defendant
ESMERELDA PICAZO

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**
(Honorable Roger T. Benitez)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>ESMERELDA PICAZO (1), et al.,<br>Defendant. | Case Nos.: 08mj1391/08CR1555-BEN<br><br>ACKNOWLEDGMENT OF NEXT COURT DATE BY DEFENSE |

Defendants, ESMERELDA PICAZO and MANUEL ZAMORA-FLORES, acknowledge the next court date in regard to the above-entitled case is as follows: Evidentiary Hearing on Wednesday, September 17, 2008 at 9:30 a.m. before the Honorable Roger T. Benitez.

DATED: 9/8/08

ESMERELDA PICAZO
Defendant

DATED: 9/8/08

MANUEL ZAMORA-FLORES
Defendant

DATED: 9/8/08

Michael L. Crowley, Esq.
Attorney for ESMERELDA PICAZO

DATED: 9/8/08

Jeremy D. Warren, Esq.
Attorney for MANUEL ZAMORA-FLORES